The People of the State of New York ex rel. Umberto Bianchi, Relator, Appellant, v. Thomas H. Murphy, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to prosecute appeal as a poor person and to file typewritten copies of record and appellant's points. Motion granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

The People of the State of New York ex rel. Benjamin Daniels, Relator, v. Thomas H. Murphy, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for permission to appeal as a poor person granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.